## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Brandfox, LLC** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3516823** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1825 S 43rd Ave Ste B-1**<br>**Phoenix, AZ 85009**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br>**400 Capital Lane Middletown, PA 17057**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **brandfoxllc.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4931

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in** ***this district?***

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**       .    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 17, 2025**
             MM / DD / YYYY

**X** **/s/ Courtney Abel**                    **Courtney Abel**
Signature of authorized representative of debtor       Printed name

                                        Email Address of debtor

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Joseph G. Urtuzuastegui III**         Date   **July 17, 2025**
Signature of attorney for debtor                      MM / DD / YYYY

**Joseph G. Urtuzuastegui III**
Printed name

**The Real Estate Investors Law Firm, LLC**
Firm name

**4535 E McKellips Rd**
**Suite 1093**
**Mesa, AZ 85215**
Number, Street, City, State & ZIP Code

Contact phone   **480-326-9832**       Email address   **joe@reilawfirm.com**

**034757 AZ**
Bar number and State

# BRANDFOX, LLC RESOLUTION

Courtney Abel, being the managing and sole member (the "Member") of Brandfox, LLC (the "Company"), hereby adopts the following Resolutions and provides his written consent as provided below:

**RESOLVED,** that in the judgment of the Member, it is desirable and in the best interests of the Company and its creditors, employees, members, and other interested parties that a voluntary petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**RESOLVED,** that Courtney Abel and is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a voluntary petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Arizona at such time as Courtney Abel shall determine and in such form or forms as Courtney Abel may approve;

**RESOLVED,** that the law firm of The Fox Law Corporation be employed as counsel for the Company in the Company's Chapter 11 case under terms set forth in retainer agreements, as such may be amended from time to time;

**RESOLVED,** that the Rei Law Firm be employed as local counsel for the Company in the Company's Chapter 11 case under terms set forth in retainer agreements, as such may be amended from time to time;

**RESOLVED,** that Courtney Abel and any other people Courtney Abel designates (the "Designated People") are authorized and empowered on behalf of the Company to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions that Courtney Abel or the Designated People or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11; and in that connection, to employ and retain all assistance by legal counsel, financial advisors, accountants, and other professionals, and to take any and perform any and all further acts and deeds that they deem necessary, proper, and desirable in connection with the Chapter 11 case, including communicating with any of the foregoing. All Designated People shall be agents of the Company (not to the exclusion of other Company roles that they may have), and all communications involving the Designated People relating to or arising out of the Company's bankruptcy case and any related proceedings or matters (whether before or after its filing) are intended to be protected, to fullest extent permissible, by the Company's attorney-client privilege, work product doctrine, and any other applicable privileges, doctrines, or legal theories or protections, whether based in law or equity. All such communications shall be within the scope of such Designated People's corporate duties;

**RESOLVED,** that Courtney Abel and the Designated People be, and each of them hereby is, authorized and empowered on behalf of the Company to take such actions and to

-1-

make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, or secretary of state, if necessary) any and all documents (including exhibits thereto), including any and all agreements, notes, notices, affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be required to give effect to the foregoing Resolutions and to execute and deliver such documents (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

**RESOLVED,** that the Member (i) waives any notice that may be required pursuant to any applicable documents or law; and (ii) consents to the Company taking the actions contemplated by this Consent Resolution without a meeting, and confirms and consents to the actions contemplated by this Consent Resolution as if due notice of the meeting had first been given; and

**RESOLVED,** that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by Courtney Abel or the Designated People on behalf of the Company, such actions are hereby ratified and confirmed in their entirety; and

**IN WITNESS WHEREOF,** the undersigned has executed this Consent Resolution, effective as of the date set forth below.

Signature: _____, Managing Member
Courtney Abel, managing and sole member
of Brandfox, LLC

Date: July 17 , 2025

-2-

**Fill in this information to identify the case:**

Debtor name   **Brandfox, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 17, 2025**                    X **/s/ Courtney Abel**
                                                                    Signature of individual signing on behalf of debtor

                                                                    **Courtney Abel**
                                                                    Printed name

                                                                    **Managing Member**
                                                                    Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name **Brandfox, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Attn: CEO, President, Officer 115 W Towne Ridge Pkwy Sandy, UT 84070** | | **Credit Card (Business Platinum)** | | | | $293,734.01 |
| **Bill.com Capital 3, LLC America Center Dr Ste 100 San Jose, CA 95002** | | **Online line of credit for invoices.** | | | | $43,115.61 |
| **Bill.com Capital 3, LLC America Center Dr Ste 100 San Jose, CA 95002** | | **Online line of credit for invoices.** | | | | $35,765.13 |
| **Bill.com Capital 3, LLC America Center Dr Ste 100 San Jose, CA 95002** | | **Online line of credit for invoices.** | | | | $17,885.95 |
| **Billet Enterprise LLC 204 Seneca Way Spring Grove,, PA 17362** | **billetkirt@comcast. net** | **Pallets** | | | | $16,100.00 |
| **Celonis Inc - Make.com One World Trade Center 70th Flr New York, NY 10007** | **collections@celoni s.com** | **Software service** | | | | $13,634.26 |
| **FedEx Corporation Attn: Legal Department 1000 Ridgeway Loop Rd Ste 600 Memphis, TN 38120** | **juven.balona.osv@ fedex.com 870-365-4354** | **FedEx Freight services** | | | | $540,886.44 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FedEx Corporation Attn: Legal Department 1000 Ridgeway Loop Rd Ste 600 Memphis, TN 38120 | libby.bishop@fedex.com | FedEx Small Parcel services | | | | $432,150.71 |
| ICS Publications 2131 Lincoln Rd NE Washington,, DC 20002-1199 | finance@icspublications.org | Client commission for product sale | | | | $31,894.73 |
| JPMC c/o National Bankruptcy Services, LLC PO Box 9013 Addison, TX 75001 | | Credit Card | | | | $20,534.16 |
| Naumann Hobbs PO Box 31001-3356 Pasadena,, CA 91110-3356 | credit@nhmh.com | AZ - forklift repairs | | | | $12,178.83 |
| Plating Grace, LLC 900 E. Fayette St PO Box 13086 Baltimore,, MD 21233 | leo@platinggrace.com | Client commision for product sale | | | | $56,349.02 |
| Quickbooks Capital 2700 Coast Ave Mountain View, CA 94043 | | Online Line of Credit for invoices to be paid to Debtor. | | | | $25,085.32 |
| Regnum Christi Federation 525 Tribble Gap Rd Ste 1466 Cumming,, GA 30028 | tbrechbill@rcfed.org | Client commission for product sale | | | | $16,107.31 |
| Signature Staffing 814 Market Street Lemoyne,, PA 17043 | nicole@signaturestaffing.net | Temp staffing | | | | $16,737.04 |
| Uline PO Box 88741 Chicago,, IL 60680-1741 | | Shipping supplies | | | | $23,692.29 |
| UPS Attn: Legal Department 55 Glenlake Pkwy NE Atlanta, GA 30328 | carias@ups.com | PA Shipping - small parcel shipping | | | | $200,682.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UPS Mail Innovations/ UPS SCS Chicago - 28013 Network Place Chicago,, IL 60673-1280** | **carias@ups.com** | **Small parcel shipping** | | | | **$1,492,075.14** |
| **Veho Tech, Inc. 2093 Philadelphia Pike #8346 Claymont,, DE 19703** | **accounting@shipveho.com** | **SMall parcel shipping** | | | | **$168,054.36** |
| **Veris Benefits Consortium PO Box 5406 Lancaster, PA 17606** | **tquach@benecon.com** | **Health care coverage** | | | | **$16,460.28** |

**Fill in this information to identify the case:**

Debtor name **Brandfox, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ _____ **2,074,579.39**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................... $ _____ **2,074,579.39**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ **243,227.59**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ **11,000.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ _____ **4,821,016.40**

4.    **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b                       $ _____ **5,075,243.99**

**Fill in this information to identify the case:**

Debtor name     **Brandfox, LLC**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **PNC Bank, National Association. Value as of  07/16/2025** | **General Operating** | **3356** | $127,776.51 |
| 3.2. | **PNC Bank, National Association. Value as of 07/16/2025** | **Checking - Payroll** | **5486** | $36.66 |
| 3.3. | **PayPal Bank. Value as of 07/16/2025. Account typically processes $1,000-$3,000 monthly.** | **Merchant operating account** | **TUJ2** | $1,084.28 |
| 3.4. | **Paypal Merchant Processing Account. Value as of 07/18/2025.** | **Merchant Processing** | **TUJ2** | $0.00 |
| 3.5. | **Venmo** | | | $0.00 |
| 3.6. | **Quickbooks. Value as of 07/16/2025.** | **Checking Account** | **0777** | $81.96 |

4.     **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Debtor uses prepayment invoice service of Bill.com and Quickbooks to prepay certain invoices. No bank account is established. No liens filed.** | **$0.00** |

| | | |
|---|---|---|
| 5. | **Total of Part 1.** | **$128,979.41** |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **SPUS9 Capital Lane Owner, LLC - 400 Capital Lane, Middletown, PA 17057. Deposit for 2 leased locations.** | **$81,201.73** |
| 7.2. | **Columbia Arizona 43rd Industrial, LLC - 1825 S. 43rd Ave. Ste B1, Phoenix, AZ 85009.** | **$112,671.56** |
| 7.3. | **SDQ Fee, LLC - 15279 N. Scottsdale Rd Ste 230, Scottsdale, AZ 85452. Office location.** | **$10,299.23** |
| 7.4. | **Aaron Losleben - 10248 E San Salvador Dr. Scottsdale, AZ 85260. Residential & office space.** | **$25,200.00** |
| 7.5. | **GNS Realty AZ, LLC - 13648 N 88th Pl Scottsdale, AZ 85260. Lease - terminates 8/31/2025.** | **$22,492.50** |
| 7.6. | **Penske 2023 FreightLiner M2 106 SADC Dryvan (Lease)** | **$2,000.00** |
| 7.7. | **Beacon Funding (Tajima Single Head TMBR-SC1501 Embroidery Machine)** | **$1,054.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Pre-Paid Cyber Liability Insurance. Navigation Specialty Insurance Co.** | **$23,581.25** |
| 8.2. | **Pre-Paid Rent - Aaron Losleben - 10248 E San Salvador Dr. Scottsdale, AZ 85260 - through December, 2025.** | **$25,200.00** |

Debtor **Brandfox, LLC**      Case number *(If known)* _____
    Name

| | | |
|---|---|---:|
| 9. | **Total of Part 2.** | $303,700.27 |
| | Add lines 7 through 8. Copy the total to line 81. | |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **663,232.73** | - | **0.00** | = .... | $663,232.73 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **114,372.81** | - | **0.00** | =.... | $114,372.81 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| | | |
|---|---|---:|
| 12. | **Total of Part 3.** | $777,605.54 |
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** <br> See attachment | 06/2025 | Unknown | N/A | $47,621.76 |

| | | |
|---|---|---:|
| 23. | **Total of Part 5.** | $47,621.76 |
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** See attachment | **Unknown** | **Online Research** | **$476,046.15** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | | | **$476,046.15** |

Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2021 Cadillac Escalade (AZ)** | **$59,725.92** | **KBB** | **$45,293.00** |

| | | | | |
|---|---|---|---|---|
| 47.2. | **2022 Cadillac Escalade (AZ) (Lien: The Huntington National Bank)** | **$59,725.92** | **KBB.com** | **$56,224.00** |
| 47.3. | **Penske 2023 Freightliner M2 (PA) (Lease)** | **$0.00** | **Comp Sale (x1)** | **$75,995.00** |
| 47.4. | **20 Ranpak Machines** | **$0.00** | **Mgmt Opinion** | **$6,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2022 Tajima Single Head TMBR-SC1501 Embroidery Machine SN E1F03046 with 2022 Pulse Illustrator Extreme Tajima DG/ML SN NG01506 (Lease with $1 buyout with lien recorded: Beacon Funding)** | Unknown | Mgmt Opinion | $17,995.00 |
| **Model TP-2000 Two Cubic Yard Stationary Compactor (Lien: Commercial Industrial Finance, Inc. - Paid off.)** | Unknown | Mgmt Opinion | $5,000.00 |
| **New Max-Pak Model MP60HD-15 Baler (Lien: Commercial Industrial Finance, Inc.)** | Unknown | Mgmt Opinion | $6,500.00 |
| **VersaUV 64" UV Printer Cutter Roland with LEC2-640 BOFA Printpro Fume Extractor (Lien: Geneva Capital)** | Unknown | Mgmt Opinion | $6,500.00 |
| **2019 Crown SP3520-30 Stock Picker (Lien: Wells Fargo -000). Location: PA.** | Unknown | Mgmt Opinion | $14,900.00 |
| **2015 Crown RM6095S-45 Reach Truck SN 1A448202 (Lien: Wells Fargo -001). Location: PA.** | Unknown | Mgmt Opinion | $9,499.00 |
| **2x 2014 Crown RC5540-40/RC5540-45 Forklift SN 1A417153 1A417154 (Lien: Wells Fargo -002). Location: PA.** | Unknown | Mgmt Opinion | $10,000.00 |
| **2x 2018 Crown RT4020-45 Rider Pallet Truck SN 5A618849 5A618770 (Lien: Wells Fargo -003). Location: PA.** | Unknown | Mgmt Opinion | $9,200.00 |
| **2x 2014 Crown RC5535-35 Forklift (Lien: Wells Fargo -004). Location: PA.** | Unknown | Mgmt Opinion | $10,000.00 |

| | | | |
|---|---|---|---|
| **2019 Crown RC 5745-40TT Forklift (Lien: DLL). Location: PA.** | Unknown | Ebay | $19,671.26 |
| **1x Crown High Reach Truck (RENTED). Location: AZ.** | Unknown | Mgmt Opinion | $0.00 |
| **1x Crown Order Picker Forklift. Location: AZ.** | Unknown | Mgmt Opinion | $18,999.00 |
| **2015 RC Forklift. Location: AZ.** | Unknown | Mgmt Opinion | $6,900.00 |
| **2020 RC5535-35 Forklift. Location: PA** | Unknown | Mgmt Opinion | $6,950.00 |
| **2020 RM6025-45 Forklift. Location: PA** | Unknown | Mgmt Opinion | $15,000.00 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | $340,626.26 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ■ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **400 Capital Lane Ste 100 & 250 Middletown, PA 17057. 112,000 sq ft Industrial.** | Lease | $0.00 | | $0.00 |
| 55.2. **1825 S. 43rd Ave. Ste B1, Phoenix, AZ 85009. 81,711 sq ft Industrial.** | Lease | $0.00 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| 55.3. | **15279 N. Scottsdale Rd Ste 230, Scottsdale, AZ 85254. 2369 sq ft Commercial.** | Lease | $0.00 | $0.00 |
| 55.4. | **13648 N 88th Pl, Scottsdale, AZ 85260. 3735 sq ft Residential.** | Lease | $0.00 | $0.00 |
| 55.5. | **10248 E San Salvador Dr, Scottsdale, AZ 85258-5731. 2798 sq ft Residential.** | Lease | $0.00    Mgmt Opinion | $0.00 |
| 55.6. | **400 Capital Lane Ste 300 & 400 Middletown, PA 17057. 130,000 sq ft Industrial.** | Lease | $0.00 | $0.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☑ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ☐ No.  Go to Part 11.
    - ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Brandfoxllc.com** **Brandfox.co** | $0.00 | Mgmt Opinion | $0.00 |
| 62. **Licenses, franchises, and royalties** **Arizona Cardinals - State Farm Stadium - Club Seat License Agreement** | $0.00 | Mgmt Opinion | $0.00 |

63.  **Customer lists, mailing lists, or other compilations**
     **Debtor maintains customer contact**
     **information.**                                    $0.00    Mgmt Opinion                    $0.00

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                              $0.00

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ☐ No
     ■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $128,979.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $303,700.27 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $777,605.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $47,621.76 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $476,046.15 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $340,626.26 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,074,579.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,074,579.39 |

Brandfox, LLC
Schedule AB Attachment
PA Inventory Supplies

| Item | Category | Quantity | Cost |
|---|---|---|---|
| Brandfox Blank Box 5x5x5 | Corrugate | 2400 | $648.00 |
| Brandfox Blank Box 8x6x6 | Corrugate | 5000 | $1,300.00 |
| Brandfox Blank Box 12x9x4 | Corrugate | 4000 | $4,640.00 |
| Brandfox Blank Box 12x12x12 | Corrugate | 620 | $403.00 |
| Brandfox Blank Box 16x12x8 | Corrugate | 200 | $132.00 |
| Brandfox Blank Box 18x12x12 | Corrugate | 2360 | $1,911.60 |
| Brandfox Blank Box 20x12x8 (S-22587) | Corrugate | 400 | $864.00 |
| Brandfox Blank Box 20x16x6 | Corrugate | 5750 | $7,590.00 |
| Brandfox Blank Box 20x14x4 | Corrugate | 200 | $178.00 |
| Brandfox Blank Box 20x16x12 | Corrugate | 2339 | $6,268.52 |
| Brandfox Blank Box 24x18x12 | Corrugate | 4000 | $6,080.00 |
| Ridge Corrugated Wrap 6" (S-1673) | Corrugate | 65 | $546.00 |
| Gold Bubble Mailer #2 (#XPLRKBM2) | Mailers | 3700 | $666.00 |
| Insulated Thermal Mailer 12"x16" (S-18307) | Thermal Mailer | 275 | $1,210.00 |
| White Tear-Proof Poly Mailer 12x15.5 (S-3355) | Poly Mailers | 4500 | $990.00 |
| Poly Bag Suffocation Warning 12x16 (20696) | Poly Bags | 5000 | $700.00 |
| Poly Bag Suffocation Warning 9x12 (S-18055) | Poly Bags | 2000 | $140.00 |
| Poly Bag Suffocation Warning 6x12 (S-21688) | Poly Bags | 500 | $40.00 |
| Poly Bag Suffocation Warning 6x9 ( S-19949) | Poly Bags | 11000 | $5,060.00 |
| Poly Bag Recloseable 4x6 (S-1294) | Poly Bags | 594 | $314.82 |
| Ranpak 30# Kraft 15 x 11" (Pak TT Fanfold) | Void Fill | 2.5 | $110.63 |
| Clear Tape | Consumable Supply | 144 | $648.00 |
| Venom Wet Tape (#K9300) | Consumable Supply | 120 | $1,020.00 |
| Clear Pallet Machine Wrap (WO-23-D-01/02) | Consumable Supply | 19 | $1,406.00 |
| Clear Pallet Hand Wrap (S-5294) | Consumable Supply | 80 | $1,600.00 |
| Black Garbage Bags - 38x60  (S-13577) | Consumable Supply | 100 | $65.00 |

**Total:    $44,531.57**

Brandfox, LLC
Schedule AB Attachment
AZ Inventory Supplies

| Item | Category | Quantity | Cost |
|------|----------|----------|------|
| Brandfox Blank Box 5x5x5 | Corrugate | 975 | $263.25 |
| Brandfox Blank Box 12x9x4 | Corrugate | 850 | $986.00 |
| Brandfox Blank Box 12x9x9 | Corrugate | 300 | $135.00 |
| Brandfox Blank Box 16x12x4 | Corrugate | 425 | $216.75 |
| Brandfox Blank Box 18x18x18 | Corrugate | 16 | $38.88 |
| Brandfox Blank Box 20x16x12 | Corrugate | 140 | $375.20 |
| Brandfox Blank Box 24x18x12 | Corrugate | 42 | $63.84 |
| Brandfox Blank Box 36x10x10 | Corrugate | 51 | $141.27 |
| Gold Bubble Mailer #2 (#XPLRKBM2) | Mailers | 4700 | $846.00 |
| White Tear-Proof Poly Mailer 9x12 (S-13608) | Poly Mailers | 200 | $24.00 |
| | | **Total:** | **$3,090.19** |

Brandfox, LLC
Schedule AB Attachment
Office Equipment

| Item | Location | Quantity | Valuation | Value |
|------|----------|----------|-----------|-------|
| 102" x 4" Beams | PA-Warehouse | 2576 | Warehouse1 | $43,740.48 |
| 144" x 5" Beams | PA-Warehouse | 72 | Warehouse1 | $2,518.56 |
| Uprights 42" x 24' | PA-Warehouse | 362 | Warehouse1 | $91,578.76 |
| Bolt on Column Protectors | PA-Warehouse | 296 | Warehouse1 | $5,322.08 |
| Wire Decks 42" x 46" | PA-Warehouse | 3352 | Warehouse1 | $46,860.96 |
| 5-shelf steel enclosed 48" x 15" x 87" | PA-Warehouse | 286 | Warehouse1 | $31,245.50 |
| Pack desks | PA-Warehouse | 36 | Facebook Marketplace | $7,200.00 |
| Roller conveyor | PA-Warehouse | 4 | Facebook Marketplace | $800.00 |
| Metal wire rolling carts | PA-Warehouse | 85 | Facebook Marketplace | $6,375.00 |
| Metal wire shelves | PA-Warehouse | 16 | Ebay | $800.00 |
| iPads | PA-Warehouse | 18 | Ebay | $808.02 |
| Wet tape machine | PA-Warehouse | 23 | Ebay | $8,050.00 |
| Scales | PA-Warehouse | 17 | Ebay | $1,870.00 |
| Zebra thermal printers 411 | PA-Warehouse | 4 | Ebay | $400.00 |
| Scanners - hand scanners | PA-Warehouse | 11 | Ebay | $439.89 |
| Scanners - stand alone | PA-Warehouse | 12 | Ebay | $299.88 |
| Metal work tables | PA-Warehouse | 17 | Facebook Marketplace | $1,275.00 |
| Max-Pak MP60HD Baler | PA-Warehouse | 1 | Facebook Marketplace | $6,500.00 |
| Pallet jacks | PA-Warehouse | 10 | Ebay | $2,000.00 |
| Chest Freezer | PA-Warehouse | 1 | Ebay | $100.00 |
| Rolling Stairs | PA-Warehouse | 1 | Ebay | $89.99 |
| Xbox Adaptive Controller | PA-Warehouse | 13 | Ebay | $702.00 |
| Pallet wrap machines | PA-Warehouse | 2 | Ebay | $2,500.00 |
| Pallet Scale | PA-Warehouse | 1 | Ebay | $200.00 |
| Trash Compactor | PA-Warehouse | 1 | Ebay | $5,000.00 |
| EZL 30" wide Metal Detector | PA-Warehouse | 1 | Ebay | $1,200.00 |
| Computers - iMac desktop | PA-Warehouse | 10 | Ebay | $1,200.00 |
| Computers - Mini PC | PA-Warehouse | 18 | Ebay | $629.10 |
| Monitors | PA-Warehouse | 16 | Ebay | $2,080.00 |
| Laptop - Office & Ops | PA-Warehouse | 14 | Ebay | $4,186.00 |
| Label Printers | PA-Warehouse | 17 | Ebay | $1,683.00 |
| Printers - HP 404n | PA-Warehouse | 7 | Amazon | $784.00 |
| Tvs | PA-Warehouse | 2 | Ebay | $170.00 |
| Large Industrial Ceiling Fan | PA-Warehouse | 1 | Facebook Marketplace | $4,200.00 |
| Pack desks | AZ-Warehouse | 13 | Facebook Marketplace | $2,600.00 |
| Roller conveyor | AZ-Warehouse | 1 | Facebook Marketplace | $200.00 |

| Metal wire rolling carts | AZ-Warehouse | 25 | Facebook Marketplace | $1,875.00 |
|---|---|---|---|---|
| Metal wire shelves | AZ-Warehouse | 7 | Ebay | $350.00 |
| Wet tape machines | AZ-Warehouse | 7 | Ebay | $2,450.00 |
| Scales | AZ-Warehouse | 6 | Ebay | $660.00 |
| Zebra thermal printers | AZ-Warehouse | 13 | Ebay | $1,287.00 |
| Scanners | AZ-Warehouse | 8 | Ebay | $199.92 |
| Xbox Adaptive Controller | AZ-Warehouse | 6 | Ebay | $324.00 |
| 2015 RC Forklift - RC5545-40 | AZ-Warehouse | 2 | machinerytrader | $21,800.00 |
| Pallet jacks | AZ-Warehouse | 5 | Ebay | $1,000.00 |
| metal rolling stair cases | AZ-Warehouse | 2 | Ebay | $179.98 |
| bays 4 level 48" deep wire deck shelving | AZ-Warehouse | 110 | Warehouse1 | $17,958.60 |
| bays 4 level 24" deep wire deck shelving | AZ-Warehouse | 20 | Warehouse1 | $2,679.60 |
| 102" x 4" Beams | AZ-Warehouse | 1584 | Warehouse1 | $26,896.32 |
| 144" x 5" Beams | AZ-Warehouse | 54 | Warehouse1 | $1,888.92 |
| Uprights 42" x 24' | AZ-Warehouse | 216 | Warehouse1 | $54,643.68 |
| Bolt on Column Protectors | AZ-Warehouse | 216 | Warehouse1 | $3,883.68 |
| Wire Decks 42" x 46" | AZ-Warehouse | 1665 | Warehouse1 | $23,276.70 |
| Floor scrubber HIL56007 | AZ-Warehouse | 1 | Ebay | $3,995.00 |
| Refrigerator | AZ-Warehouse | 1 | Ebay | $150.00 |
| Computers | AZ-Warehouse | 6 | Ebay | $720.00 |
| Monitors | AZ-Warehouse | 9 | Ebay | $1,170.00 |
| Laptops | AZ-Warehouse | 2 | Ebay | $598.00 |
| Printers | AZ-Warehouse | 2 | Ebay | $224.00 |
| Computers - Mini PC | AZ-Warehouse | 6 | Ebay | $209.70 |
| Tvs | AZ-Warehouse | 2 | Ebay | $170.00 |
| Folding tables | AZ-Warehouse | 2 | Facebook Marketplace | $60.00 |
| Folding chairs | AZ-Warehouse | 8 | Ebay | $160.00 |
| Side by side stainless fridge | PA-Office | 1 | Ebay | $350.00 |
| Ice Maker | PA-Office | 1 | Ebay | $227.00 |
| Jura | PA-Office | 1 | Ebay | $149.95 |
| Keurig | PA-Office | 1 | Ebay | $32.00 |
| Kitchenette Side by side stainless fridge | PA-Office | 1 | Ebay | $300.00 |
| Monitor | PA-Office | 1 | Ebay | $130.00 |
| Epson Check Printer | PA-Office | 1 | Ebay | $75.00 |
| HP Printer M283cdw | PA-Office | 1 | Ebay | $269.99 |
| Monitors | PA-Office | 2 | Ebay | $260.00 |
| HP Printer M404n | PA-Office | 1 | Ebay | $98.00 |
| Computer Monitors | PA-Office | 2 | Ebay | $260.00 |
| Apple Monitor | PA-Office | 1 | Mercari | $584.00 |
| HP Printer 9015e | PA-Office | 1 | Ebay | $100.00 |
| Monitors | PA-Office | 5 | Ebay | $650.00 |

| | | | | | |
|---|---|---|---|---|---|
| HP Printers M404n | PA-Office | | 2 | Ebay | $196.00 |
| Open/Common/Reception Area HP Printer MFP M479fdn | PA-Office | | 1 | Ebay | $249.00 |
| Open/Common/Reception Area Badge Printer DTC1250 | PA-Office | | 1 | Ebay | $250.00 |
| Computer Monitors | PA-Office | | 2 | Ebay | $260.00 |
| HP Printer M402n | PA-Office | | 1 | Amazon | $112.00 |
| Monitors | PA-Office | | 2 | Ebay | $260.00 |
| Monitor | PA-Office | | 1 | Ebay | $130.00 |
| High top Vari table | PA-Office | | 1 | Ebay | $300.00 |
| Vari bar chairs | PA-Office | | 4 | Ebay | $70.00 |
| Desk Chairs | PA-Office | | 1 | Ebay | $25.00 |
| File Cabinet - 3 Drawer | PA-Office | | 1 | Ebay | $25.00 |
| Desk Chair | PA-Office | | 1 | Ebay | $25.00 |
| File cabinet, grey Vari | PA-Office | | 2 | Ebay | $70.00 |
| Stationery chairs | PA-Office | | 4 | Ebay | $60.00 |
| File cabinet, grey Vari | PA-Office | | 1 | Ebay | $70.00 |
| TV | PA-Office | | 1 | Ebay | $85.00 |
| TV | PA-Office | | 1 | Ebay | $85.00 |
| TV | PA-Office | | 1 | Ebay | $170.00 |
| TV | PA-Office | | 1 | Ebay | $85.00 |
| TV | PA-Office | | 1 | Ebay | $85.00 |
| Stationery Vari Desk | PA-Office | | 1 | Ebay | $350.00 |
| Desk Chair | PA-Office | | 1 | Ebay | $25.00 |
| Accent Chair | PA-Office | | 1 | Ebay | $40.00 |
| Cube Shelf 6" | PA-Office | | 1 | Facebook Marketplace | $30.00 |
| Tall display cabinet w/glass doors | PA-Office | | 1 | Ebay | $150.00 |
| Corner Desk | PA-Office | | 1 | Ebay | $85.00 |
| Accent Chair | PA-Office | | 1 | Ebay | $40.00 |
| Desk Chairs | PA-Office | | 2 | Ebay | $50.00 |
| Adjustable Vari Desk | PA-Office | | 1 | Ebay | $350.00 |
| Stationery Vari Desk | PA-Office | | 1 | Ebay | $350.00 |
| Desk Chair | PA-Office | | 1 | Ebay | $25.00 |
| Accent Chairs | PA-Office | | 2 | Ebay | $80.00 |
| Cube Shelves 16" | PA-Office | | 1 | Ebay | $60.00 |
| File cabinet, grey Vari | PA-Office | | 1 | Ebay | $70.00 |
| Stationery Vari Desk | PA-Office | | 1 | Ebay | $350.00 |
| Adjustable Vari Desk | PA-Office | | 1 | Ebay | $350.00 |
| Desk Chair | PA-Office | | 2 | Ebay | $50.00 |
| Bookshelf | PA-Office | | 1 | Ebay | $50.00 |
| File cabinet - 3 Drawer | PA-Office | | 1 | Ebay | $25.00 |
| Conference Table/Desk | PA-Office | | 1 | Ebay | $200.00 |

| | | | | |
|---|---|---|---|---|
| Tall bookshelves w/cabinet bottom | PA-Office | 2 | Ebay | $99.98 |
| Display cabinets wi/glass doors | PA-Office | 3 | Ebay | $150.00 |
| Hanging chairs | PA-Office | 2 | Ebay | $400.00 |
| Desk Chairs | PA-Office | 5 | Ebay | $125.00 |
| Accent Chairs | PA-Office | 3 | Ebay | $120.00 |
| Cube shelves 16" | PA-Office | 3 | Ebay | $180.00 |
| Cube shelves 25" | PA-Office | 3 | Facebook Marketplace | $240.00 |
| File cabinets | PA-Office | 6 | Ebay | $150.00 |
| Adjustable Vari Desk | PA-Office | 1 | Ebay | $350.00 |
| Stationery Desk | PA-Office | 1 | Ebay | $350.00 |
| Desk Chair | PA-Office | 2 | Ebay | $50.00 |
| Vari bar chairs | PA-Office | 6 | Ebay | $105.00 |
| Adjustable Vari Desk | PA-Office | 1 | Ebay | $350.00 |
| Stationery Vari Desk | PA-Office | 2 | Ebay | $350.00 |
| Stationery Chairs | PA-Office | 2 | Ebay | $30.00 |
| Adjustable Vari Desk | PA-Office | 1 | Ebay | $350.00 |
| Stationery Vari Desk | PA-Office | 2 | Ebay | $700.00 |
| Conference Table | PA-Office | 1 | Ebay | $200.00 |
| Adjustable Vari Desk | PA-Office | 1 | Ebay | $350.00 |
| Stationery Vari Desk | PA-Office | 1 | Ebay | $350.00 |
| High top Vari table | PA-Office | 1 | Ebay | $300.00 |
| Folding tables | PA-Office | 10 | Facebook Marketplace | $300.00 |
| Folding chairs | PA-Office | 50 | Ebay | $1,000.00 |
| Entry - Custom logo wooden sign | PA-Office | 1 | Ebay | $177.00 |
| Custom logo neon sign | PA-Office | 1 | Ebay | $175.00 |
| Framed Hawaii pictures | PA-Office | 5 | Ebay | $299.95 |
| Mini fridge | AZ-Office | 1 | Ebay | $60.00 |
| Monitors | AZ-Office | 1 | Ebay | $520.00 |
| Printer | AZ-Office | 1 | Amazon | $112.00 |
| Mini fridge | AZ-Office | 1 | Ebay | $60.00 |
| Laptop | AZ-Office | 1 | Ebay | $299.00 |
| Monitor | AZ-Office | 1 | Ebay | $130.00 |
| Chest freezer | AZ-Office | 1 | Ebay | $100.00 |
| Ipad charging stations | AZ-Office | 1 | Ebay | $360.00 |
| Monitor | AZ-Office | 1 | Ebay | $130.00 |
| Printer | AZ-Office | 1 | Amazon | $112.00 |
| Zebra printer | AZ-Office | 1 | Ebay | $198.00 |
| iPads | AZ-Office | 1 | Ebay | $763.13 |
| Scanner Gloves | AZ-Office | 1 | Ebay | $679.83 |
| Laptop | AZ-Office | 1 | Ebay | $299.00 |
| TV | AZ-Office | 1 | Ebay | $85.00 |
| TV | AZ-Office | 1 | Ebay | $85.00 |

| Conference table | AZ-Office | 1 | Ebay | $200.00 |
|---|---|---|---|---|
| Stationary Chairs | AZ-Office | 1 | Ebay | $120.00 |
| L desk | AZ-Office | 1 | Ebay | $85.00 |
| Desk Chair | AZ-Office | 1 | Ebay | $25.00 |
| Couch | AZ-Office | 1 | Ebay | $100.00 |
| Coffee credenza | AZ-Office | 1 | Facebook Marketplace | $75.00 |
| Wire shelf | AZ-Office | 1 | Ebay | $50.00 |
| Metal utility cabinet | AZ-Office | 1 | Facebook Marketplace | $25.00 |
| Desk | AZ-Office | 1 | Ebay | $125.00 |
| Bookshelf | AZ-Office | 1 | Ebay | $50.00 |
| Desk chair | AZ-Office | 1 | Ebay | $75.00 |
| Bookshelf | AZ-Office | 1 | Ebay | $100.00 |
| Desk | AZ-Office | 1 | Ebay | $250.00 |
| Desk chair | AZ-Office | 1 | Ebay | $75.00 |
| Metal utility cabinet | AZ-Office | 1 | Facebook Marketplace | $50.00 |
| Metal stand | AZ-Office | 1 | Facebook Marketplace | $75.00 |
| Metal organizer stand | AZ-Office | 1 | Facebook Marketplace | $75.00 |
| | | | **Total:** | **$476,046.15** |

Brandfox, LLC
Schedule AB Attachment
Leased Items

| Item | Location | Lessor | Quantity | Valuation | Value |
|------|----------|--------|----------|-----------|-------|
| Ranpak Machines | AZ-Warehouse | | 6 | Ebay | $1,800.00 |
| Ranpak Machines | PA-Warehouse | | 14 | Ebay | $4,200.00 |
| | | | | | |

**Total:** **$30,399.00**

**Fill in this information to identify the case:**

Debtor name    **Brandfox, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Beacon Funding** | | **$18,768.53** | **$17,995.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: CEO, President, Officer**
**3400 Dundee Rd Ste 180**
**Northbrook, IL 60062**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Tajima Single Head TMBR-SC1501. 2022 Pulse Illustrator Extreme Tajima DG/ML SN NG01506. Embroidery Machine SN E1F03046. UCC1: 2022081900496**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**11/2022**

**Last 4 digits of account number**
**1542**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **DLL Equipment Financing** | | $30,285.00 | $19,671.26 |
|---|---|---|---|---|

Creditor's Name

**Attn: CEO, President, Officer**
**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Crown RC 5745-40TT Forklift (Lien: DLL). Location: PA.**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**info.us@dllgroup.com**

Creditor's email address, if known

**Date debt was incurred**
**05/2023**

**Last 4 digits of account number**
**7122**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Geneva Capital, LLC** | Describe debtor's property that is subject to a lien | $21,380.00 | $6,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **VersaUV 64" UV Printer Cutter Roland. LEC2-640 BOFA Printpro Fume Extractor. UCC1: 2022081001868.** | | |
| | **1311 Broadway St** **Alexandria, MN 56308** | | | |
| | Creditor's mailing address | **Describe the lien** **Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?** | | |
| | **sales@gogc.com** | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** **09/2022** | ■ No | | |
| | **Last 4 digits of account number** **4604** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.4 | **Penske Truck Leasing** | Describe debtor's property that is subject to a lien | $2,423.55 | $75,995.00 |
|---|---|---|---|---|
| | Creditor's Name | **Penske 2023 Freightliner M2 (PA) (Lease)** | | |
| | **PO Box 563** **Reading,, PA 19603-0563** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **Last 4 digits of account number** **6126** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.5 | **The Huntington National Bank** | Describe debtor's property that is subject to a lien | $61,511.09 | $56,224.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Cadillac Escalade (AZ)** | | |
| | **Attn: CEO, President, Officer** **17 S High St** **Columbus, OH 43215** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**02/2023**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**8452**

**As of the petition filing date, the claim is:**

Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | **Wells Fargo Equipment Finance** | **Describe debtor's property that is subject to a lien** | $20,497.10 | $9,499.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**2015 Crown RM6095S-45 Crown Reach Truck SN 1A448202. UCC1: 2022061001233**

**600 South 4th St Flr 10
Minneapolis, MN 55415**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

**03/10/2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**2001**

**As of the petition filing date, the claim is:**

Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | **Wells Fargo Equipment Finance** | **Describe debtor's property that is subject to a lien** | $31,161.00 | $10,000.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**2x 2014 Crown RC5540-40 Crown Forklift SN 1A417153 1A417154. UCC1: 2022061001199**

**600 South 4th St Flr 10
Minneapolis, MN 55415**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

**06/10/2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**2002**

**As of the petition filing date, the claim is:**

Check all that apply

**Do multiple creditors have an interest in the same property?**

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Wells Fargo Equipment Finance** | | $7,336.86 | $9,200.00 |
|---|---|---|---|---|

Creditor's Name

**600 South 4th St Flr 10 Minneapolis, MN 55415**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2x 2018 Crown RT4020-45 Rider Pallet Truck SN 5A618849 5A618770. UCC1: 20221103048983**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/03/2022**

Last 4 digits of account number
**2003**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Wells Fargo Equipment Finance** | | $31,474.20 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**600 South 4th St Flr 10 Minneapolis, MN 55415**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2x 2014 Crown RC5535-35 Forklift. UCC1: 20221129067659.**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/29/2022**

Last 4 digits of account number
**2004**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Wells Fargo Equipment Finance** | | $18,390.26 | $14,900.00 |
|---|---|---|---|---|

Creditor's Name

**600 South 4th St Flr 10 Minneapolis, MN 55415**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2019 Crown SP3520-30 Stock Picker. UCC1: 20230207025297**

Describe the lien
**Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/07/2023**

**Last 4 digits of account number**
**2000**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$243,227.59**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Debtor name **Brandfox, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. List executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Arizona Dept of Revenue**<br>**Attn: Legal Department**<br>**1600 W Monroe St**<br>**Phoenix, AZ 85007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice.** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice.** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,000.00 | $0.00 |

2.3 | Priority creditor's name and mailing address
**Pennsylvania Dept of Revenue**
**Attn: Legal Department**
**1131 Strawberry Square**
**Harrisburg, PA 17128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,000.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**State sales tax of ecommerce sales of customer's products.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,949.36 |

3.1 | Nonpriority creditor's name and mailing address
**American Express**
**Attn: CEO, President, Officer**
**115 W Towne Ridge Pkwy**
**Sandy, UT 84070**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2000**

Basis for the claim:  **Credit Card (Amazon Business)**

Is the claim subject to offset?  ☐ No  ☐ Yes

$4,949.36

---

3.2 | Nonpriority creditor's name and mailing address
**American Express**
**Attn: CEO, President, Officer**
**115 W Towne Ridge Pkwy**
**Sandy, UT 84070**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3005**

Basis for the claim:  **Credit Card (Business Platinum)**

Is the claim subject to offset?  ☐ No  ☐ Yes

$293,734.01

---

3.3 | Nonpriority creditor's name and mailing address
**Bill.com Capital 3, LLC**
**America Center Dr Ste 100**
**San Jose, CA 95002**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3969**

Basis for the claim:  **Online line of credit for invoices.**

Is the claim subject to offset?  ☐ No  ☐ Yes

$17,885.95

---

3.4 | Nonpriority creditor's name and mailing address
**Bill.com Capital 3, LLC**
**America Center Dr Ste 100**
**San Jose, CA 95002**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2955**

Basis for the claim:  **Online line of credit for invoices.**

Is the claim subject to offset?  ■ No  ☐ Yes

$43,115.61

---

3.5 | Nonpriority creditor's name and mailing address
**Bill.com Capital 3, LLC**
**America Center Dr Ste 100**
**San Jose, CA 95002**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9625**

Basis for the claim:  **Online line of credit for invoices.**

Is the claim subject to offset?  ■ No  ☐ Yes

$35,765.13

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,100.00** |
|---|---|---|---|
| | **Billet Enterprise LLC**<br>**204 Seneca Way**<br>**Spring Grove,, PA 17362** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __June 2025__ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Pallets__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,816.00** |
|---|---|---|---|
| | **Bonusly**<br>**2755 Canyon Blvd**<br>**Boulder,, CO 80302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __12/2024__ | | |
| | Last 4 digits of account number __677a__ | Basis for the claim: __Employee rewards system__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$990,000.00** |
|---|---|---|---|
| | **Candace Abel**<br>**2812 Druck Valley Rod**<br>**York, PA 17406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __1224__ | Basis for the claim: __Loan.__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158.97** |
|---|---|---|---|
| | **Canteen Refreshment Services**<br>**PO Box 417632**<br>**Boston,, MA 02147-7632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __0001__ | Basis for the claim: __Water machines__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,634.26** |
|---|---|---|---|
| | **Celonis Inc - Make.com**<br>**One World Trade Center 70th Flr**<br>**New York, NY 10007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __02/2025__ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Software service__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$110.54** |
|---|---|---|---|
| | **Cintas**<br>**PO Box 630803**<br>**Cincinnati,, OH 45263-0803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number __3020__ | Basis for the claim: __AZ - Bathroom/Warehouse maintenance supplies__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,420.45** |
|---|---|---|---|
| | **Cintas Fire Protection**<br>**PO Box 636525**<br>**Cincinnati,, OH 45263-6525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __05/2024__ | | |
| | Last 4 digits of account number __0001__ | Basis for the claim: __AZ - Fire extinguisher & maintenance__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $282,039.37 |

**Columbia Arizona 43rd Industrial, LLC**
**c/o Lincon Property Attn: Gary Kobus**
**120 N LaSalle St Ste 2900**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/01/2021**

**Basis for the claim:  Lease for premises located at 1825 S 43rd Ave Ste B1 Phoenix, AZ 85009.**

Last 4 digits of account number  **1887**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Commercial Industrial Finance, Inc.**
**10024 Office Center Ave., Ste 150**
**Saint Louis, MO 63128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Paid off. Lien not removed. Model TP-2000 Two Cubic Yard Stationary Compactor. New Max-Pak Model MP60HD-15 Baler. UCC1: 2021043002169.**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Echo Global Logistic**
**22168 Network Place**
**Chicago,, IL 60673-1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Freight services. Notice.**

Last 4 digits of account number  **7965**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540,886.44 |

**FedEx Corporation**
**Attn: Legal Department**
**1000 Ridgeway Loop Rd Ste 600**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2022**

**Basis for the claim:  FedEx Freight services**

Last 4 digits of account number  **6976**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $432,150.71 |

**FedEx Corporation**
**Attn: Legal Department**
**1000 Ridgeway Loop Rd Ste 600**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2020**

**Basis for the claim:  FedEx Small Parcel services**

Last 4 digits of account number  **7211**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,355.85 |

**Freight Quote by C.H. Robinson**
**PO Box 9121**
**Minneapolis,, MN 55480-9121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2022**

**Basis for the claim:  Freight services**

Last 4 digits of account number  **5121**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |

**Hubspot Inc**
**2 Canal Park**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2024**

**Basis for the claim:  Services**

Last 4 digits of account number  **3400**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Brandfox, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,894.73** |
|---|---|---|---|

**ICS Publications**
**2131 Lincoln Rd NE**
**Washington,, DC 20002-1199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2024**

Last 4 digits of account number  **_**

Basis for the claim:  **Client commission for product sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,620.00** |
|---|---|---|---|

**Indoff Incorporated**
**11816 Lackland Rd**
**St. Louis,, MO 63146-4206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2024**

Last 4 digits of account number  **7924**

Basis for the claim:  **Shipping supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,887.99** |
|---|---|---|---|

**J & J Service Solutions, LLC**
**1820 Franklin St**
**Columbia,, PA 17512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2023**

Last 4 digits of account number  **BRANDFOX**

Basis for the claim:  **Dock door repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,534.16** |
|---|---|---|---|

**JPMC**
**c/o National Bankruptcy Services, LLC**
**PO Box 9013**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Last 4 digits of account number  **1319**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Landsberg Orora**
**1640 S Greenwood Ave**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2024**

Last 4 digits of account number  **_**

Basis for the claim:  **Service fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,733.40** |
|---|---|---|---|

**Lindenmeyr Munroe**
**3300 Horizon Dr**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2025**

Last 4 digits of account number  **_**

Basis for the claim:  **Supplier/Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,178.83** |
|---|---|---|---|

**Naumann Hobbs**
**PO Box 31001-3356**
**Pasadena,, CA 91110-3356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2023**

Last 4 digits of account number  **1732**

Basis for the claim:  **AZ - forklift repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**New Cardinals Stadium, LLC**
Attn: General Counsel
8701 South Hardy Dr
85284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2025

**Basis for the claim:**  Annual license club seats.

Last 4 digits of account number  8733

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$731.40** |
|---|---|---|---|

**Opendock/Loadsmart**
PO Box 2999
Phoenix,, AZ 85062-2999

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Warehouse appointment booking software

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,018.46** |
|---|---|---|---|

**Passport Global Inc**
3790 El Camino Real #854
Palo Alto,, CA 94306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Small parcel services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,349.02** |
|---|---|---|---|

**Plating Grace, LLC**
900 E. Fayette St
PO Box 13086
Baltimore,, MD 21233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2023

**Basis for the claim:**  Client commision for product sale

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,075.49** |
|---|---|---|---|

**PNC Bank, National Association**
Attn: CEO, President, Officer
222 Delaware Ave
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Credit card

Last 4 digits of account number  3896

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,646.86** |
|---|---|---|---|

**Quickbooks Capital**
2700 Coast Ave
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Online Line of Credit for invoices to be paid to Debtor.

Last 4 digits of account number  fdd7

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,085.32** |
|---|---|---|---|

**Quickbooks Capital**
2700 Coast Ave
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Online Line of Credit for invoices to be paid to Debtor.

Last 4 digits of account number  a89b

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:25-bk-06520-EPB    Doc 1    Filed 07/17/25    Entered 07/17/25 16:27:48    Desc
Main Document        Page 39 of 72

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,107.31** |
|---|---|---|---|

**Regnum Christi Federation**
**525 Tribble Gap Rd Ste 1466**
**Cumming,, GA 30028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/2024

**Last 4 digits of account number**  _

Basis for the claim:  **Client commission for product sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,020.27** |
|---|---|---|---|

**SAIA Motor Freight Line, LLC**
**PO Box A**
**Station1**
**Houma**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  03/2024

**Last 4 digits of account number**  6443

Basis for the claim:  **Freight services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,737.04** |
|---|---|---|---|

**Signature Staffing**
**814 Market Street**
**Lemoyne,, PA 17043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/2023

**Last 4 digits of account number**  5136

Basis for the claim:  **Temp staffing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,963.75** |
|---|---|---|---|

**Stockholm Kartell**
**Gutag rdsv gen 4**
**616 31 Aby, Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  02/2024

**Last 4 digits of account number**  _

Basis for the claim:  **Client commission for product sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$247.35** |
|---|---|---|---|

**Table Foundation**
**900 E. Fayette St**
**PO Box 13086**
**Baltimore,, MD 21233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  02/2023

**Last 4 digits of account number**  _

Basis for the claim:  **Client commission for product sale**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,376.28** |
|---|---|---|---|

**TForce Freight LTL**
**PO Box 7410804**
**Chicago, IL 60674-0804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  03/2025

**Last 4 digits of account number**  4301

Basis for the claim:  **Shipping services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Total Warehouse, Inc**
**1033 E. Maricopa Freeway**
**Phoenix,, AZ 85034**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred**  03/2023

**Last 4 digits of account number**  _

Basis for the claim:  **Forklift rentals. Creditor asserts claim of $19,642.82**
**but creditor's employee caused damages to Debtor exceeding their**
**claim. $0 owed.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,692.29** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Uline**
PO Box 88741
Chicago,, IL 60680-1741

Date(s) debt was incurred  **09/2022**

Last 4 digits of account number  **4237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**UPS**
Attn: Legal Department
55 Glenlake Pkwy NE
Atlanta, GA 30328

Date(s) debt was incurred  **08/2023**

Last 4 digits of account number  **6904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AZ Shipping - small parcel shipping. See UPS entry below for amount owed.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,682.00** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------------|

**UPS**
Attn: Legal Department
55 Glenlake Pkwy NE
Atlanta, GA 30328

Date(s) debt was incurred  **08/2023**

Last 4 digits of account number  **0536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PA Shipping - small parcel shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,492,075.14** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------------------|

**UPS Mail Innovations/ UPS SCS Chicago -**
28013 Network Place
Chicago,, IL 60673-1280

Date(s) debt was incurred  **05/2022**

Last 4 digits of account number  **2318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Small parcel shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$168,054.36** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------------|

**Veho Tech, Inc.**
2093 Philadelphia Pike #8346
Claymont,, DE 19703

Date(s) debt was incurred  _

Last 4 digits of account number  **1141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SMall parcel shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,460.28** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Veris Benefits Consortium**
PO Box 5406
Lancaster, PA 17606

Date(s) debt was incurred  **03/2024**

Last 4 digits of account number  **0420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Health care coverage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,288.12** |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------------|

**Waste Management**
800 Capitol Street
Houston,, TX

Date(s) debt was incurred  _

Last 4 digits of account number  **3008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AZ - Utility service provider - trash**

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,237.39** |

**WM Recycle America**
**PO Box 73356**
**Chicago, IL 60673-7356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2024__

Basis for the claim:  __Corrugate box recycling__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,196.51** |

**XPO Logistics**
**29559 NETWORK PLACE**
**Chicago,, IL 60673-1559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __02/2024__

Basis for the claim:  __Freight shipping__

Last 4 digits of account number __S900__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Columbia Arizona 43rd Industrial**<br>**PO Box 848138-68**<br>**Dallas, TX 75284-8138** | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Lincoln Property Company**<br>**c/o U.S. Corp Agents, Inc.**<br>**1820 E Ray Rd #1000**<br>**Chandler, AZ 85225** | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Lincon Property Company**<br>**3131 East Camelback Rd Ste 318**<br>**Phoenix, AZ 85016** | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Naumann Hobbs**<br>**4335 E Wood St**<br>**Phoenix, AZ 85040** | Line __3.26__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **WebBank - QB & Bill.com**<br>**215 S State St Ste 1000**<br>**Salt Lake City, UT 84111** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **WebBank - QB & Bill.com**<br>**215 S State St Ste 1000**<br>**Salt Lake City, UT 84111** | Line __3.4__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **WebBank - QB & Bill.com**<br>**215 S State St Ste 1000**<br>**Salt Lake City, UT 84111** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| Total of claim amounts |
|---|

| Debtor | **Brandfox, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. $ | **11,000.00** |
| **5b. Total claims from Part 2** | | 5b. + $ | **4,821,016.40** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. $ | **4,832,016.40** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest — **2022 Pulse Illustrator Extreme Tajima DG/ML Software Package 2022 Tajima TMBR-SC1501 (360 x 500) Picker Free 15 Needle 1 Head Embroidery Machine 8/2027** | |
| State the term remaining | **Beacon Funding** |
| List the contract number of any government contract | **Attn: CEO, President, Officer 3400 Dundee Rd Ste 180 Northbrook, IL 60062** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest — **1825 S. 43rd Ave. Ste B1, Phoenix, AZ 85009. Industrial.** | |
| State the term remaining — **04/30/2027** | **Columbia Arizona 43rd Industrial, LLC** |
| List the contract number of any government contract | **c/o Lincon Property Attn: Gary Kobus 120 N LaSalle St Ste 2900 Chicago, IL 60602** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest — **36 month lease for 2x Forklifts.** | |
| State the term remaining — **09/2027** | **Crown Lift Trucks - Goodyear** |
| List the contract number of any government contract | **14160 W Yuma Rd Goodyear, AZ 85338** |

Case 2:25-bk-06520-EPB    Doc 1    Filed 07/17/25    Entered 07/17/25 16:27:48    Desc
Main Document      Page 44 of 72

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Executory contracts with customers for shipping services. See attachment.** | |
|---|---|---|---|
| | State the term remaining | **See attachment** | |
| | List the contract number of any government contract | | **Customer Clients** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Grow-Business intelligence tool.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Epicor Grow Solutions**<br>**807 Las Cimas Pkwy Ste 400**<br>**Austin, TX 78746** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **UrsaUV 64" UV Printer Cutter, Extension Table, Fume Extractor** | |
|---|---|---|---|
| | State the term remaining | **09/2027** | |
| | List the contract number of any government contract | | **Geneva Capital, LLC**<br>**1311 Broadway St**<br>**Alexandria, MN 56308** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **13648 N 88th Pl, Scottsdale, AZ 85260. Residential.** | |
|---|---|---|---|
| | State the term remaining | **08/31/2025** | |
| | List the contract number of any government contract | | **GNS Realty AZ, LLC**<br>**15757 N 78th St Unit B**<br>**Scottsdale, AZ 85260** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing services.** | |
|---|---|---|---|
| | State the term remaining | **Monthly Subscription** | |
| | List the contract number of any government contract | | **Hubspot Inc**<br>**2 Canal Park**<br>**Cambridge, MA 02141** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **2023 Freightliner M2 (PA).** | |
|---|---|---|---|
| | State the term remaining | | **Penske Truck Leasing Co., L.P.** |
| | List the contract number of any government contract | | **2675 Morgantown Road** |
| | | | **Reading, PA 19607** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **15279 N. Scottsdale Rd Ste 230, Scottsdale, AZ 85254. Commercial.** | |
|---|---|---|---|
| | State the term remaining | **07/31/2030** | **SQD Fee, LLC c/o WPG** |
| | | | **4900 East Dublin Granville Rd** |
| | List the contract number of any government contract | | **4th Floor** |
| | | | **Westerville, OH 43081** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **400 Capital Lane Ste 100 & 250, 300, 400, Middletown, PA 17057. Industrial.** | |
|---|---|---|---|
| | State the term remaining | **07/31/2030** | **SUPS9 Capital Lane Owner, LLC** |
| | | | **c/o CBRE Investment Mgmt** |
| | List the contract number of any government contract | | **200 Park Ave 20th Flr** |
| | | | **New York, NY 10016** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **10248 E San Salvador Dr. Scottsdale, AZ 85260. Residential.** | |
|---|---|---|---|
| | State the term remaining | **09/30/2026** | **Versatile Properties** |
| | | | **Attn: Aaron & Deborah Losleben** |
| | List the contract number of any government contract | | **1646 East Roma Ave** |
| | | | **Phoenix, AZ 85016** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease ending 003. 2x 2018 Crown RT4020-45.** | |
|---|---|---|---|
| | State the term remaining | **07/2026** | **Wells Fargo Equipment Finance** |
| | | | **600 South 4th St Flr 10** |
| | List the contract number of any government contract | | **Minneapolis, MN 55415** |

Fill in this information to identify the case:

Debtor name    **Brandfox, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Courtney Abel** | **1825 S 43rd Ave**<br>**Phoenix, AZ 85009**<br>**Signed application** | **PNC Bank, National Association** | ☐ D _____<br>■ E/F __3.31__<br>☐ G _____ |
| 2.2 | **Courtney Abel** | **1825 S 43rd Ave**<br>**Phoenix, AZ 85009**<br>**Signed application** | **JPMC** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.3 | **Courtney Abel** | **1825 S 43rd Ave**<br>**Phoenix, AZ 85009**<br>**Signed application** | **American Express** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.4 | **Courtney Abel** | **1825 S 43rd Ave**<br>**Phoenix, AZ 85009**<br>**Signed application** | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.5 | **Courtney Abel** | **1825 S 43rd Ave**<br>**Phoenix, AZ 85009**<br>**Guarantor** | **The Huntington National Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| 2.6 | **Courtney Abel** | **1825 S 43rd Ave**<br>**Phoenix, AZ 85009**<br>**Guarantor** | **Geneva Capital, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |

**Fill in this information to identify the case:**

Debtor name   **Brandfox, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>■ Other   **Internal financial report** | **$8,167,900.91** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>■ Other   **2024 P&L** | **$21,822,749.57** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>■ Other   **2023 Tax Return** | **$23,100,288.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 2:25-bk-06520-EPB    Doc 1    Filed 07/17/25    Entered 07/17/25 16:27:48    Desc
Main Document    Page 49 of 72

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Versatile Properties**<br>Attn: Aaron & Deborah Losleben<br>1646 East Roma Ave<br>Phoenix, AZ 85016 | | $44,330.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Landlord** |
| 3.2. **Billet Enterprise LLC**<br>204 Seneca Way<br>Spring Grove,, PA 17362 | | $18,040.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Columbia Arizona 43rd Industrial**<br>PO Box 848138-68<br>Dallas, TX 75284-8138 | | $109,849.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Landlord** |
| 3.4. **FedEx Corporation**<br>1000 Ridgeway Loop Rd Ste 600<br>Memphis, TN 38120 | | $170,757.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.5. **GNS Realty AZ, LLC**<br>15757 N 78th St Unit B<br>Scottsdale, AZ 85260 | | $15,257.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Landlord** |
| 3.6. **Lindenmeyr Munroe**<br>3300 Horizon Dr<br>King of Prussia, PA 19406 | | $31,900.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **Passport Global Inc**<br>3790 El Camino Real #854<br>Palo Alto,, CA 94306 | | $8,970.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.8. **Signature Staffing**<br>814 Market Street<br>Lemoyne,, PA 17043 | | $25,172.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 2:25-bk-06520-EPB    Doc 1    Filed 07/17/25    Entered 07/17/25 16:27:48    Desc
Main Document     Page 50 of 72

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **SUPS9 Capital Lane Owner, LLC**<br>c/o CBRE Investment Mgmt<br>200 Park Ave 20th Flr<br>New York, NY 10016 | | $381,849.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Landlord** |
| 3.10. **UPS**<br>Attn: Legal Department<br>55 Glenlake Pkwy NE<br>Atlanta, GA 30328 | | $82,564.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11. **UPS Mail Innovations/ UPS SCS Chicago**<br>28013 Network Place<br>Chicago,, IL 60673-1280 | | $365,455.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.12. **Veris Benefits Consortium**<br>PO Box 5406<br>Lancaster, PA 17606 | | $66,760.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Healthcare** |
| 3.13. **ICS Publications**<br>2131 Lincoln Rd NE<br>Washington,, DC 20002-1199 | 07/2025 | $14,071.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Monies remitted to customers** |
| 3.14. **Plating Grace, LLC**<br>900 E. Fayette St<br>PO Box 13086<br>Baltimore,, MD 21233 | 07/2025 | $24,665.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Monies remitted to customer** |
| 3.15. **Regnum Christi Federation**<br>525 Tribble Gap Rd Ste 1466<br>Cumming,, GA 30028 | 07/2025 | $7,473.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Monies remitted to customer** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Candace Abel**<br>**1825 S 43rd Ave**<br>**Phoenix, AZ 85009**<br>**Mother to Managing Member** | **06/28/2024-0**<br>**6/27/2025** | **$124,615.53** | **Payroll** |
| 4.2. **Jackie Abel**<br>**1825 S 43rd Ave**<br>**Phoenix, AZ 85009**<br>**Wife to Mangaing Member** | **01/10/2025-0**<br>**6/27/2025** | **$43,269.25** | **Payroll. Manages A/R.** |
| 4.3. **Nick Abel**<br>**1825 S 43rd Ave**<br>**Phoenix, AZ 85009**<br>**Son to Managing Member** | **06/28/2024-0**<br>**6/27/2025** | **$92,692.35** | **Payroll. Director of client success.** |
| 4.4. **Agnes Shank**<br>**1825 S 43rd Ave**<br>**Phoenix, AZ 85009**<br>**Mother-in-Law to Managing Member** | **08/23/2024-0**<br>**5/30/2025** | **$48,173.23** | **Payroll. A/P.** |
| 4.5. **Courtney Abel**<br>**1825 S 43rd Ave**<br>**Phoenix, AZ 85009**<br>**Managing Member** | **Bi-Weekly** | **$387,826.38** | **Member draws** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Waste Management**<br>**800 Capitol St Ste 3000**<br>**Houston, TX 77002** | **Debtor sends boxes to WM which recycles and gives a credit to Debtor. Debtor purchases items at a reduced rate from WM.**<br>Last 4 digits of account number: _____ | **Continuous** | **$0.00** |

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Case 2:25-bk-06520-EPB    Doc 1    Filed 07/17/25    Entered 07/17/25 16:27:48    Desc
Main Document      Page 52 of 72

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **CJKANTRG PA, LLC d/b/a ATWORK PERSONNEL SERVICES and CONSTANT STAFFING, LLC v. BRANDFOX**<br>**2024-cv-08509** | **Civil** | **Dauphin County Courthouse**<br>**101 Market St**<br>**Harrisburg, PA 17101** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Phoenix Committee - Foreign Relations**<br>**1500 E Thomas Rd #105**<br>**Phoenix, AZ 85014** | **Forum. Building business foreign policy and international connections.** | **April, 2024** | **$15,000.00** |
| Recipients relationship to debtor<br>**None** | | | |
| 9.2. **Natural Dog**<br>**4444 South Blvd**<br>**Charlotte, NC 28209** | **Tevacos boots** | **August, 2024** | **$1,802.80** |
| Recipients relationship to debtor<br>**Customer** | | | |
| 9.3. **Manucurist**<br>**19 rue d'enghien**<br>**Paris, France 75010** | **Tevacos boots** | **March, 2024** | **$3,808.14** |
| Recipients relationship to debtor<br>**Customer** | | | |
| 9.4. **Second Grace**<br>**105 E. Washington St Ste 101**<br>**Elizabethtown, PA 17022** | **Two-year program supporting at-risk single mothers** | **April, 2025** | **$10,000.00** |
| Recipients relationship to debtor<br>**Insider** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **$10,000 rcvd 5-28-25 $975 rcvd toward bill for services 6-6-25 $50,000.00 rcvd 6-27-25 $5,664.20 rcvd toward bill for services 7-9-25 $13,370 paid 7-17-25 for prepetition charges** | |
| | **The Fox Law Corporation Inc.**<br>**17835 Ventura Blvd #306**<br>**Encino, CA 91316** | | | **$60,000.00** |
| | **Email or website address**<br>**SRFox@foxlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **REI Law Firm**<br>**4535 East McKellips Rd Ste 1093**<br>**Mesa, AZ 85215** | **$20,000 and the $1,738 filing fee** | **$21,738 rcvd 07/02/2025** | **$21,738.00** |
| | **Email or website address**<br>**reilawfirm.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:** Previous Locations

---

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **15051 N Kierland Blvd 2nd Flr Scottsdale, AZ 85254** | **02/2024-02/2025** |

---

**Part 8:** Health Care Bankruptcies

---

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** Personally Identifiable Information

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Address and phone number for parcel carriers to deliver customer packages**

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

---

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| **Human Interest Account ID: 11953 - Brandfox, LLC 401(k)** | EIN: **82-3516823** |
| **Matrix Trust: 07c6F93W** | |

Has the plan been terminated?

■ No

☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Courtney Abel**<br>**15279 N. Scottsdale Rd Ste 230**<br>**Scottsdale, AZ 85254** | **400 Capital Lane**<br>**Middletown, PA 17057** | **Courtney Abel personal residence furnishings are held in the Pennsylvania facility.** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various** | **Pennsylvania & Arizona Facilities** | **Debtor holds products for creditors in its facilities before they are shipping out.** | **$0.00** |

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Trout CPA** **1705 Oregon Pike** **Lancaster, PA 17601** | **2022-2024** |
| 26a.2. | **Ryan Leonardo** **PO Box 2676** **Riverside, CA 92516** | **2025 - current** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Ryan Leonardo**<br>**PO Box 2676**<br>**Riverside, CA 92516** | |
| 26c.2. **Brandfox, LLC**<br>**1825 S 43rd Ave**<br>**Phoenix, AZ 85009** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Versatile Properties**<br>**1646 E. Roma Ave**<br>**Phoenix, AZ 85016** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. | **Weekly** | **Rolling inventory - count # Debtor's boxes** |
| **Name and address of the person who has possession of inventory records**<br>**Brandfox, LLC**<br>**1825 S 43rd Ave Ste B-1**<br>**Phoenix, AZ 85009** | | |
| 27.2. | **Weekly** | **Rolling inventory - count # Debtor's boxes** |
| **Name and address of the person who has possession of inventory records**<br>**Brandfox, LLC**<br>**1825 S 43rd Ave**<br>**Phoenix, AZ 85009** | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.3. | | 13-Week Cycle | Rolling inventory - count # Debtor's custom items |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Brandfox, LLC**<br>**1825 S 43rd Ave Ste B-1**<br>**Phoenix, AZ 85009** | | |
| 27.4. | | 2x Annual Cycle | Rolling inventory - count # customer inventories |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Brandfox, LLC**<br>**1825 S 43rd Ave**<br>**Phoenix, AZ 85009** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Courtney Abel** | **15279 N. Scottsdale Rd Ste 230**<br>**Scottsdale, AZ 85254** | | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Information to Follow** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 17, 2025**

**/s/ Courtney Abel**                          **Courtney Abel**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## District of Arizona

In re **Brandfox, LLC**
_____

Case No. _____

Debtor(s)

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................ $ **21,738.00**

    Prior to the filing of this statement I have received ............................. $ **21,738.00**

    Balance Due ........................................................................................ $ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]
       **Attorney Fees and $1,738 Filing Fee**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 17, 2025**
_____

_Date_

**/s/ Joseph G. Urtuzuastegui III**
_____

**Joseph G. Urtuzuastegui III**

_Signature of Attorney_

**The Real Estate Investors Law Firm, LLC**
**4535 E McKellips Rd**
**Suite 1093**
**Mesa, AZ 85215**
**480-326-9832**
**joe@reilawfirm.com**

_Name of law firm_

---

# United States Bankruptcy Court
## District of Arizona

In re **Brandfox, LLC**         Case No. _____

                Debtor(s)       Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................... $        **60,000.00**

   Prior to the filing of this statement I have received .......................... $        **60,000.00**

   Balance Due .......................... $        **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 16, 2025**                **/s/ Steven R. Fox**

*Date*                                      **Steven R. Fox**

                                           *Signature of Attorney*
                                           **The Fox Law Corporation Inc.**
                                           **17835 Ventura Blvd #306**
                                           **Encino, CA 91316**
                                           **818 774-3545 Fax: 818 774-3707**
                                           **SRFox@foxlaw.com**
                                           *Name of law firm*

# United States Bankruptcy Court
## District of Arizona

In re **Brandfox, LLC**                                                    Case No. _____
                                        Debtor(s)                Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Courtney Abel**<br>**1825 S 43rd Ave Ste B-1**<br>**Phoenix, AZ 85009** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **July 17, 2025**                        Signature  **/s/ Courtney Abel**
                                                        **Courtney Abel**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Arizona**

In re  **Brandfox, LLC**
_____  Case No. _____
Debtor(s)  Chapter  **11**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Managing Member of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that

the Master Mailing List, consisting of __7__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:  **July 17, 2025**
_____  /s/ Courtney Abel, Managing Member
_____
**Courtney Abel**/**Managing Member**
Signer/Title

Brandfox, LLC -

AMERICAN EXPRESS
ATTN: CEO, PRESIDENT, OFFICER
115 W TOWNE RIDGE PKWY
SANDY UT 84070


ARIZONA DEPT OF REVENUE
ATTN: LEGAL DEPARTMENT
1600 W MONROE ST
PHOENIX AZ 85007


BEACON FUNDING
ATTN: CEO, PRESIDENT, OFFICER
3400 DUNDEE RD STE 180
NORTHBROOK IL 60062


BILL.COM CAPITAL 3, LLC
AMERICA CENTER DR STE 100
SAN JOSE CA 95002


BILLET ENTERPRISE LLC
204 SENECA WAY
SPRING GROVE, PA 17362


BONUSLY
2755 CANYON BLVD
BOULDER, CO 80302


CANDACE ABEL
2812 DRUCK VALLEY ROD
YORK PA 17406


CANTEEN REFRESHMENT SERVICES
PO BOX 417632
BOSTON, MA 02241-7632


CELONIS INC - MAKE.COM
ONE WORLD TRADE CENTER 70TH FLR
NEW YORK NY 10007


CINTAS
PO BOX 630803
CINCINNATI, OH 45263-0803

Brandfox, LLC -


CINTAS FIRE PROTECTION
PO BOX 636525
CINCINNATI, OH 45263-6525


COLUMBIA ARIZONA 43RD INDUSTRIAL
PO BOX 848138-68
DALLAS TX 75284-8138


COLUMBIA ARIZONA 43RD INDUSTRIAL, LLC
C/O LINCON PROPERTY ATTN: GARY KOBUS
120 N LASALLE ST STE 2900
CHICAGO IL 60602


COMMERCIAL INDUSTRIAL FINANCE, INC.
10024 OFFICE CENTER AVE., STE 150
SAINT LOUIS MO 63128


COURTNEY ABEL
1825 S 43RD AVE
PHOENIX AZ 85009


CROWN LIFT TRUCKS - GOODYEAR
14160 W YUMA RD
GOODYEAR AZ 85338


CUSTOMER CLIENTS


DLL EQUIPMENT FINANCING
ATTN: CEO, PRESIDENT, OFFICER
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087


ECHO GLOBAL LOGISTIC
22168 NETWORK PLACE
CHICAGO, IL 60673-1221


EPICOR GROW SOLUTIONS
807 LAS CIMAS PKWY STE 400
AUSTIN TX 78746


FEDEX CORPORATION
ATTN: LEGAL DEPARTMENT
1000 RIDGEWAY LOOP RD STE 600
MEMPHIS TN 38120

Brandfox, LLC -


FREIGHT QUOTE BY C.H. ROBINSON
PO BOX 9121
MINNEAPOLIS, MN 55480-9121


GENEVA CAPITAL, LLC
1311 BROADWAY ST
ALEXANDRIA MN 56308


GNS REALTY AZ, LLC
15757 N 78TH ST UNIT B
SCOTTSDALE AZ 85260


HUBSPOT INC
2 CANAL PARK
CAMBRIDGE MA 02141


ICS PUBLICATIONS
2131 LINCOLN RD NE
WASHINGTON, DC 20002-1199


INDOFF INCORPORATED
11816 LACKLAND RD
ST. LOUIS, MO 63146-4206


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


J & J SERVICE SOLUTIONS, LLC
1820 FRANKLIN ST
COLUMBIA, PA 17512


JPMC
C/O NATIONAL BANKRUPTCY SERVICES, LLC
PO BOX 9013
ADDISON TX 75001


LANDSBERG ORORA
1640 S GREENWOOD AVE
MONTEBELLO CA 90640


LINCOLN PROPERTY COMPANY
C/O U.S. CORP AGENTS, INC.
1820 E RAY RD #1000
CHANDLER AZ 85225

Brandfox, LLC -

LINCON PROPERTY COMPANY
3131 EAST CAMELBACK RD STE 318
PHOENIX AZ 85016


LINDENMEYR MUNROE
3300 HORIZON DR
KING OF PRUSSIA PA 19406


NAUMANN HOBBS
PO BOX 31001-3356
PASADENA, CA 91110-3356


NAUMANN HOBBS
4335 E WOOD ST
PHOENIX AZ 85040


NEW CARDINALS STADIUM, LLC
ATTN: GENERAL COUNSEL
8701 SOUTH HARDY DR
85284


OPENDOCK/LOADSMART
PO BOX 2999
PHOENIX, AZ 85062-2999


PASSPORT GLOBAL INC
3790 EL CAMINO REAL #854
PALO ALTO, CA 94306


PENNSYLVANIA DEPT OF REVENUE
ATTN: LEGAL DEPARTMENT
1131 STRAWBERRY SQUARE
HARRISBURG PA 17128


PENSKE TRUCK LEASING
PO BOX 563
READING, PA 19603-0563


PENSKE TRUCK LEASING CO., L.P.
2675 MORGANTOWN ROAD
READING PA 19607

Brandfox, LLC -

PLATING GRACE, LLC
900 E. FAYETTE ST
PO BOX 13086
BALTIMORE, MD 21233


PNC BANK, NATIONAL ASSOCIATION
ATTN: CEO, PRESIDENT, OFFICER
222 DELAWARE AVE
WILMINGTON DE 19801


QUICKBOOKS CAPITAL
2700 COAST AVE
MOUNTAIN VIEW CA 94043


REGNUM CHRISTI FEDERATION
525 TRIBBLE GAP RD STE 1466
CUMMING, GA 30028


SAIA MOTOR FREIGHT LINE, LLC
PO BOX A
STATION1
HOUMA


SIGNATURE STAFFING
814 MARKET STREET
LEMOYNE, PA 17043


SQD FEE, LLC C/O WPG
4900 EAST DUBLIN GRANVILLE RD
4TH FLOOR
WESTERVILLE OH 43081


STOCKHOLM KARTELL
GUTAG RDSV GEN 4
616 31 ABY, SWEDEN


SUPS9 CAPITAL LANE OWNER, LLC
C/O CBRE INVESTMENT MGMT
200 PARK AVE 20TH FLR
NEW YORK NY 10016


TABLE FOUNDATION
900 E. FAYETTE ST
PO BOX 13086
BALTIMORE, MD 21233

Brandfox, LLC -


TFORCE FREIGHT LTL
PO BOX 7410804
CHICAGO IL 60674-0804


THE HUNTINGTON NATIONAL BANK
ATTN: CEO, PRESIDENT, OFFICER
17 S HIGH ST
COLUMBUS OH 43215


TOTAL WAREHOUSE, INC
1033 E. MARICOPA FREEWAY
PHOENIX, AZ 85034


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


UPS
ATTN: LEGAL DEPARTMENT
55 GLENLAKE PKWY NE
ATLANTA GA 30328


UPS MAIL INNOVATIONS/ UPS SCS CHICAGO -
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


VEHO TECH, INC.
2093 PHILADELPHIA PIKE #8346
CLAYMONT, DE 19703


VERIS BENEFITS CONSORTIUM
PO BOX 5406
LANCASTER PA 17606


VERSATILE PROPERTIES
ATTN: AARON & DEBORAH LOSLEBEN
1646 EAST ROMA AVE
PHOENIX AZ 85016


WASTE MANAGEMENT
800 CAPITOL STREET
HOUSTON, TX

Brandfox, LLC -


WEBBANK - QB & BILL.COM
215 S STATE ST STE 1000
SALT LAKE CITY UT 84111


WELLS FARGO EQUIPMENT FINANCE
600 SOUTH 4TH ST FLR 10
MINNEAPOLIS MN 55415


WM RECYCLE AMERICA
PO BOX 73356
CHICAGO IL 60673-7356


XPO LOGISTICS
29559 NETWORK PLACE
CHICAGO, IL 60673-1559

# United States Bankruptcy Court
### District of Arizona

In re   **Brandfox, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Brandfox, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

7/17/2025

Date

/s/ Courtney Abel, Managing Member

**Courtney Abel, Managing Member**